KARIN J. IMMERGUT, OSB #96314
United States Attorney
District of Oregon
**DAVID L. ATKINSON, OSB # 75021**
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
david.atkinson@usdoj.gov
        Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CR 02-399-01-JO** |
| v. | **MOTION FOR LIMITED RELEASE OF FINDINGS OF FACT ("STATEMENT OF REASONS") SENTENCING ORDER** |
| **JEFFERY LEON BATTLE,** aka Ahmed Ali, | |
| Defendant. | |

        The United States of America, by Karin J. Immergut, United States Attorney for the District

of Oregon, through David L. Atkinson, Assistant United States Attorney (AUSA) for the District of

Oregon, respectfully moves the Court for an order authorizing the limited release of the Findings of

Fact ("Statement of Reasons") sentencing order dated November 23, 2003 (CR 385), a confidential

document.  In support, the undersigned states that the United States Attorney's Office for the

Western District of North Carolina ("USAO – WDNC") has requested this office to supply it with

a copy of the document in order to comply with the oral order of Senior District Judge Graham C.

Mullen in the case of *United States v. Mohamad Hammoud*, WDNC # 3:00cr147-1, which is

currently pending re-sentencing. Judge Mullen's order requires the USAO – WDNC to provide

information on a national basis with regard to the disparity of sentencing of individuals charged with

material support for a designated foreign terrorist organization and related offenses. In order for the

USAO – WDNC to comply with the order, it is necessary for them to obtain the requested document,

which they represent they will utilize for official purposes only.

　　　　Dated this 27th day of May, 2008.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　KARIN J. IMMERGUT
　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　District of Oregon


　　　　　　　　　　　　　　*/s/ David L. Atkinson*
　　　　　　　　　　　　　　David L. Atkinson
　　　　　　　　　　　　　　Assistant United States Attorney

Page 2 - **MOTION FOR LIMITED RELEASE OF FINDINGS OF FACT ("STATEMENT
OF REASONS") SENTENCING ORDER**