Order On Petition ( 10/2018)

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

UNITED STATES OF AMERICA
vs.
Jeffrey Leon Battle

Case: 3:02CR00399-1 JO

## ORDER ON PETITION TO MODIFY CONDITIONS OR TERM OF SUPERVISION

Based on the *Petition for Modification of Conditions or Term of Supervision* filed on March 21, 2019, regarding the above-name defendant, **IT IS HERERBY ORDERED that,**

☑ **You must reside in and participate in the program a residential reentry center for not more than 120 days, to be released at the direction of the probation officer. You must follow the rules and regulations of the center.**

☐ Other

**DATED** this _22nd_ day of March, 2019,

Robert E. Jones
Senior U.S. District Judge